UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00792-MOC-DSC

| | |
|---|---|
| **LIFE INSURANCE COMPANY OF THE SOUTHWEST,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ORDER |
| **CAROLYN CURETON PATTERSON REZONIA BAKER,** | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Discharge from Further Liability, Permanent Injunction, and Dismissal with Prejudice (#31). The court has received no objections or responses from defendants within the time allotted. Having considered the motion and reviewed the pleadings, the court enters the following Order for good cause shown.

**ORDER**

**IT IS, THEREFORE, ORDERED** that:

- The Life Insurance Company of the Southwest has fulfilled its obligations concerning the life insurance benefits at issue in this case by depositing the sum of $97,580.73 into the Court's registry;

- Defendants in interpleader, Carolyn Cureton Patterson and Rezonia Baker, are permanently enjoined and restrained from instituting or prosecuting any action or proceeding against the Life Insurance Company of the Southwest regarding this

insurance policy in any state or United States court for the life insurance benefits payable as a consequence of the death of Joecephus L. Patterson under Life Insurance Policy Number LS0096455, except by way of interpleader in this action;

- Life Insurance Company of the Southwest is discharged from any and all further liability related to the life insurance benefits at issue in this case;

- Life Insurance Company of the Southwest is **AWARDED** attorneys' fees in the amount of $1,891.72, said amount to be paid to it by the Clerk of Court from the interpleader funds previously deposited into the Court's registry; and

- Life Insurance Company of the Southwest is **DISMISSED** from this case with prejudice.

Signed: April 27, 2017

Max O. Cogburn Jr
United States District Judge