UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00792-MOC-DSC

| | | |
|---|---|---|
| **LIFE INSURANCE COMPANY OF THE SOUTHWEST,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| **CAROLYN CURETON PATTERSON REZONIA BAKER,** | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on the parties' Joint Motion for Disbursement of Funds (#42) and Stipulation of Dismissal (#43). Having considered Motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Disbursement of Funds (#42) is **GRANTED**, and the Clerk of Court is instructed to issue funds interpleaded and deposited with the court as detailed in that Motion (#42).

The matter is hereby **DISMISSED,** with prejudice, pursuant to the Stipulation of Dismissal (#43), which the court deems to be proper under Rule 41.

Signed: July 12, 2017

Max O. Cogburn Jr.
United States District Judge